AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Carlos Davila

v.

City of New York, et al.

**APPEARANCE**

Case Number: 07 CV 6590

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

City of New York

I certify that I am admitted to practice in this court.

September 12, 2007
Date

Signature

Bar Number: SR 4272

Print Name: Suzette Corinne Rivera

Address: 100 Church Street, New York, NY 10007

Phone Number: (212) 788-9567

Fax Number: (212) 788-9776